UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO )**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>NOBLE PHOENIX MICHA EL (2) aka<br>MICHAEL JONES,<br><br>　　　　Defendant. | Case No. 3:20-CR-2111-JLS<br><br><br>**ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING** |

Upon joint motion of the parties, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

The motion hearing and trial setting in the above-referenced case be continued from March 12, 2021, at 1:30 p.m. to April 23, 2021 at 1:30 p.m. For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: March 9, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge