UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>EDWARD DELOACH (1),<br>NOBEL PHOENIX MICHA EL (2),<br><br>          Defendants. | Case No.: 20CR2111-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

  Pursuant to motion of Defendant Nobel Phoenix Micha El, and over objection of Defendant Edward Deloach, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for April 23, 2021 shall be continued to **May 28, 2021** at **1:30 p.m.**

  For the reasons set forth in Defendant Micha El's motion and in Order of the Chief Judge No. 63-A, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(6) and (h)(7)(A).

  IT IS SO ORDERED.

Dated: April 20, 2021

                  *Janis L. Sammartino*
                  Hon. Janis L. Sammartino
                  United States District Judge